UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
BEFORE THE HONORABLE LOURDES A. MARTÍNEZ

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: 06-5100M    DATE: 06/20/06    TAPE NUMBER: FTR/LCS

CLERK: E. GARCIA    TYPE OF HEARING: INITIAL RULE 5/TS-IDENTITY/DETENTION

DEFENDANT(S):    ATTORNEY(S):

IVAN OCON    JANE GREEK STANDING IN    ( ) Appt'd.   ( ) Ret'd.
_____    _____    ( ) Appt'd.   ( ) Ret'd.
_____    _____    ( ) Appt'd.   ( ) Ret'd.
_____    _____    ( ) Appt'd.   ( ) Ret'd.

USA by: KELLY BURNHAM, Asst. U. S. Attorney    Interpreter: NONE

Pretrial / Probation Officer present: DAVID BANEGAS    Court in Session: 9:34-9:56 AM

___ Agent sworn

_X_ Court questions Defendant regarding his/her physical and mental conditions, address, date of birth, education

___ Attorney Appointment hearing held

___ Court advises defendant(s) of possible penalties

_X_ Court advises defendant(s) of all constitutional rights

_X_ ORAL Motion for detention Hearing by Government

___ Court grants Government's_____ Defense_____ oral motion to continue detention hearing

___ Waiver of preliminary hearing & right to grand jury presentment filed in open court

_X_ Defendant(s) in custody

___ Defendant(s) detained without bond as: Risk of Flight_____ Danger to Community_____

___ Conditions of Release set at:

_X_ Other: DEFENDANT WAIVES IDENTITY HRG; TO BE TRANSFERRED TO THE WESTERN DISTRICT OF TEXAS; DEFT TO REMAIN IN THE CUSTODY OF THE USM

