IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CR-03-5927M

LUIS CARLOS ROMERO-ORTIZ

Defendant.

## ORDER

The financial indigence of the defendant to retain counsel having been established by the Court and the defendant not having waived the appointment of counsel,

**IT IS ORDERED** that the Federal Public Defender Organization, AFPD, District of New Mexico, is hereby appointed to represent the defendant in this cause until further order of the Court.

LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE

